IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

AVEYUN SMITH                                                                PLAINTIFF

v.                              No. 2:22-cv-227-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS                                  DEFENDANTS

JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2023